IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CATHERINE LARIMER, and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:11-0083 |
| | ) | Judge Trauger |
| ENDO PHARMACEUTICALS, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On July 9, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 13), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to obtain service of process in a timely fashion pursuant to Rule 4(m), FED. R. CIV. P.

It is so **ORDERED.**

Enter this 13th day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge